AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Donald Montgomery, as an individual, and on behalf of all other persons similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Andrew M. Cuomo, Governor of the State of New York; Ann Marie T. Sullivan, Commissioner of the New York State Office of Mental Health; Michael C. Green, Executive ... (continued on attached) <br><br> *Defendant(s)* | Civil Action No.  14-CV-6709 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew M. Cuomo, Governor of the State of New York
NYS Capitol Building
Albany, New York 12224

Ann Marie T. Sullivan, Commissioner of the New York State Office of Mental Health
44 Holland Avenue ... (continued on attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paloma A. Capanna, Attorney
633 Lake Road
Webster, New York 14580
(585) 377-7260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/19/2014

*Signature of Clerk or Deputy Clerk*

**Attachment to Summons for Plaintiff Donald Montgomery**

<u>The complete list of Defendants</u>:

ANDREW M. CUOMO, Governor of the State of New York;

ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health;

MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services;

JOSEPH A. D'AMICO, Superintendent of the New York State Police;

VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and,

EASTERN LONG ISLAND HOSPITAL


<u>Complete list of Defendants' names and addresses</u>:

**Gov. Andrew Cuomo**
NYS Capitol Building
Albany, New York 12224


**Office of Mental Health**
<u>Attn.</u>: Ann Marie T. Sullivan, Commissioner
44 Holland Avenue
Albany, New York 12229


**Department of Criminal Justice Services**
<u>Attn.</u>: Michael C. Greene, Commissioner
Alfred E. Smith Building
80 South Swan Street
Albany, New York 12210

**New York State Police**
<u>Attn.</u>: Joseph A. D'Amico, Superintendent
1220 Washington Avenue
Building 22
Albany, New York 12226-2252

**Suffolk County Sheriff's Department**
<u>Attn.</u>: Vincent F. DeMarco
100 Center Drive
Riverhead, New York 11901

**Eastern Long Island Hospital**
201 Manor Place
Greenport, New York 11944