ALAN J. FUMUSO ◊
MICHAEL K. KELLY ∗
HOWARD R. SNYDER
DOUGLAS J. SWART
JAMES F. FARRELL, JR
LORRAINE BERLUND POLIN, R N
SCOTT G. CHRISTESEN, R Ph ◊
SETH KIRSCHBAUM

JAMES J. GIRVAN
Of Counsel

ROBERT W. DeVERNA
(1949-2014)

◊ ADM N Y & COLO
∗ ADM N Y & FLA
○ ADM N Y & CONN

## LAW OFFICES
# FUMUSO, KELLY, DeVERNA, SNYDER, SWART & FARRELL, LLP

MAILING ADDRESS
110 MARCUS BOULEVARD
HAUPPAUGE, NEW YORK 11788-3704
(631) 232-0200 • FAX (631) 232-1305
www.fkdsst.com

NASSAU OFFICE
ONE SCHOOL STREET
GLEN COVE, NEW YORK 11542-2529
(516) 746-9000

JAMES B. REILLY
ANN D. SCHATTNER
JOSEPH P. ROSH
ALBERT F. RISEBROW
JUNE R. HERMAN
CATHERINE ANN BRENNAN
MICHELLE C. ACOSTA
WILLIAM G. MacDEVITT
SUZANNE LAVOIE, R N
JORDAN KARP
CHRISTIAN A. FUMUSO
JESSICA TERRANOVA
MAUREEN P. BLAZOWSKI
CONRAD A. CHAYES, JR
ANTHONY M. MAFFIA ○
ALANA M. SULLIVAN

MARY L. SHARKEY
OFFICE ADMINISTRATOR

DONNA OZOLS
SENIOR PARALEGAL

February 17, 2015

<u>Via facsimile (585) 613-4055</u>
Honorable Charles J. Siragusa
United States District Judge
Western District of New York
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614

RECEIVED

FEB 17 2015

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

Re:   <u>Montgomery et al. v. Cuomo et al.,</u>
      W.D.N.Y. Case No. 14-cv-06709-CJS

Dear Judge Siragusa:

    This office represents named party defendant Eastern Long Island Hospital in the above entitled action. I write to join the request of the Attorney General's office for a one week extension of time to respond to plaintiff's amended complaint and for permission to submit up to 45 pages for the memorandum of law in support of a motion to dismiss. Similarly, I join and adopt the arguments set forth for the need for an extension of time and an increase in page limits as set forth by Assistant Attorney General Monica Connell in her letter dated February 13, 2015.

    In addition, I recently submitted the required documents for admission to the Western District on behalf of myself and the partner, James F. Farrell, Jr., Esq. To date, we are not yet admitted.

    Thank you for your time and consideration.

                      Very truly yours,

                      /s/ Catherine Ann Brennan

cc:

Paloma A. Capanna, Esq. via facsimile (585) 377-7268
Monica Connell, Esq. via facsimile (212) 416-6009
William J. Taylor, Jr., Esq. via facsimile (212) 416-6009
Rudolph Baptiste, Esq. via facsimile (631) 853-5169