# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

RECEIVED
FEB 17 2015
CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

February 17, 2015

Hon. Charles J. Siragusa
U.S. District Judge
Western District of New York
1360 US Courthouse
100 State Street
Rochester, New York 14614

*Via Facsimile & First Class Mail*

Re:  *Montgomery v. Cuomo et al.*
     Docket No. 14-CV-6709 (CJS)

Dear Judge Siragusa:

As the Court is aware, this office represents defendant the Hon. Vincent F. DeMarco, Suffolk County Sheriff in this action.

We write joining the requests of the State defendants and defendant Eastern Long Island Hospital seeking a one week extension of the present briefing schedule on defendants' motions to dismiss the Amended Complaint and for an enlargement to 45 pages for memorandum of law to be submitted in support of those applications.

Similarly, this office joins, adopts and/or incorporates by reference the arguments made in support of the application for an extension of time and for an enlargement of the briefs' page limits as set forth by Assistant Attorney General Monica Cornell in her correspondence to the Court and the parties dated February 13, 2015.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
FAX (631) 853-5169

Case 6:14-cv-06709-CJS   Document 18   Filed 02/18/15   Page 2 of 2

Letter to Hon. Charles J. Siragusa
Re: *Montgomery v. Cuomo*, 14-CV-6709 (CJS)
February 17, 2015
Page 2 of 2

Thank you for your kind consideration of this request.

Very truly yours,

Dennis M. Brown
County Attorney

By:   Rudolph M. Baptiste
      Assistant County Attorney

RMB

CC via Facsimile & Electronic Mail

Paloma A. Capanna, Esq.
Fax: (585) 377-7268;
paloma@law-policy.com

Monica A. Connell, Esq.
Fax: (212) 466-6009;
monica.connell@ag.ny.gov

Catherine A. Brennan, Esq.
Fax : (631) 232-1305
cbrennan@fkdssf-law.com