## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

---

DONALD MONTGOMERY, ANDREW CARTER, LOIS
REID, KARL BECHLER, and "M.M.,"

                                                Plaintiffs,

                       -vs-

GOV. ANDREW M. CUOMO, CMSR. ANN MARIE T. SUL-
LIVAN, CMSR. MICHAEL C. GREENE, SPDT. JOSEPH A.
D'AMICO, SHERIFF VINCENT DEMARCO, EASTERN
LONG ISLAND HOSPITAL,

                                                Defendants.

MOTION
SCHEDULING ORDER

14-CV-6709-CJS

---

    **Siragusa, J.** Defendants Andrew M. Cuomo, Ann Marie T. Sullivan, Michael C. Green, and Joseph A. D'Amico ("State defendants"), have requested, by letter dated February 13, 2015, ECF No. 15, an extension of time to file a motion to dismiss, and permission to exceed the local rule on page limits. By letter dated February 17, 2015, ECF No. 17, defendant Eastern Long Island Hospital ("Hospital") joined in the request by the state defendants, and by letter dated February 17, 2015, ECF No. 18, defendant Vincent F. DeMarco ("Sheriff"), has also requested to join in the state defendants' application.

    At a conference held on January 29, 2014, the Court directed that Plaintiff file an amended complaint by February 2, and that Defendants file and serve a motion to dismiss by February 23. Plaintiff filed an 82-page[1] amended complaint on February 2, adding three additional plaintiffs, alleging the following causes of action: (1) violation of the right to privacy; (2) violation of the Equal Protection clause; (3) violation of the Due Process clauses; and (4) violation of the Second Amendment.

---

[1] The Court notes that the Federal Rules of Civil Procedure direct, "that a pleading that states a claim for relief must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2).

The State defendants and Hospital now seek an additional week to file their motion to dismiss, and 20 additional pages for their memoranda of law. Plaintiffs oppose the request, [ECF No. 16](), but in the alternative, ask that any extension to file a motion to dismiss be tied to a concurrent requirement to respond to Plaintiff's motion for injunctive relief, [ECF No. 3](). Pursuant to Federal Rule of Civil Procedure 6, and L.R. Civ. P. 7, it is hereby

ORDERED, that Plaintiff's request that an extension to file a motion be tied to a requirement to respond to the motion for a preliminary injunction, is denied; and it is further

ORDERED, that all Defendants shall have until February 27, 2015, to file a motion to dismiss; and it is further

ORDERED, that all Defendants' memoranda of law may exceed the page limitation in L.R. Civ. P. 7 by 10 pages; and it is further

ORDERED, that Plaintiffs shall have until March 13, 2015, to file a response to all Defendants' motions; and it is further

ORDERED, that all Defendants shall have until March 20, 2015, to file a reply to Plaintiffs' memorandum of law opposing Defendants' motion to dismiss; and it is further

ORDERED, that the Court will schedule oral argument if necessary.

IT IS SO ORDERED.

Dated:  February 23, 2015
        Rochester, New York

                    ENTER:     /s/ Charles J. Siragusa
                               CHARLES J. SIRAGUSA
                               United States District Judge