UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| DONALD MONTGOMERY, ANDREW CARTER, LOIS REID, KARL BELCHER, and "M.M.," as individuals and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>ANDREW M. CUOMO, Governor of the State of New York, ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health, MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services, JOSEPH D'AMICO, Superintendent of the New York State Police, VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and EASTERN LONG ISLAND HOSPITAL,<br><br>                    Defendants. | **NOTICE OF MOTION TO DISMISS**<br><br>14-CV-6709 (CJS) |

_____X

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Rudolph M. Baptiste, Assistant County Attorney for the County of Suffolk, the accompanying Memorandum of Law, and supporting exhibits defendant the HON. VINCENT F. DeMARCO, SUFFOLK COUNTY SHERIFF, will move this Court before the Honorable Charles J. Siragusa, U.S. District Judge at the Rochester Federal Courthouse, 1360 U.S. Courthouse, 100 State Street, Rochester, New York, on February 23, 2015, for an Order pursuant to 28 U.S.C. §§ 1404 (a) & 1406 (a), Rule 12(b)(3) & 12(b)(6) of the Federal Rules of Civil Procedure granting defendant Sheriff DeMarco's motion to dismiss for improper venue, and for failure to state a claim and in the alternative to transfer venue in the interests of justice, and for such other different and further relief as this Court finds just and proper.

Dated: Hauppauge, New York
February 18, 2015

        DENNIS M. BROWN
        Suffolk County Attorney
        100 Veterans Memorial Highway
        Hauppauge, New York 11788-0099
        (631) 853-4660

        *Rudolph M. Baptiste*
        By: RUDOLPH M. BAPTISTE
        Assistant County Attorney

TO:   Paloma A. Capanna, Esq.
      *Counsel for Plaintiff*
      633 Lake Road
      Webster, NY 14580

      New York State Attorney General
      120 Broadway
      New York, NY 10271
      Attn: William J. Taylor, Jr.

      Fumuso Kelly DeVerna Snyder Swart & Farrell, LLP.
      110 Marcus Blvd, Suite 500
      Hauppauge, NY 11788
      Attn: Catherine A. Brennan, Esq.