Google

Drive 425 miles, 6 h 44 min

Directions from **100 State St** to **100 Center Dr S**




# o 100 State St

Rochester, NY 14614

## Get on **I-390 S** in Brighton from **Exchange Blvd**, **Mt Hope Ave** and **NY-15A S/E Henrietta Rd**

3.9 mi / 9 min

1. Head **southeast** on **State St** toward **Church St**
   0.1 mi
2. Continue onto **Exchange Blvd**
   0.9 mi
3. Turn **left** onto **Ford St**
   0.2 mi
4. Turn **right** toward **Mt Hope Ave**
   164 ft
5. Slight **right** onto **Mt Hope Ave**
   1.4 mi
6. Slight **left** onto **NY-15A S/E Henrietta Rd**
   1.0 mi



7. Turn **left** to merge onto **I-390 S** toward **I-590 N**

0.2 mi

Continue on **I-390 S**. Take **I-86 E**, **NY-17 E**, **I-81 S**, **I-380 S**, ... and **I-495 E/Long Island Expy** to **NY-24 S/Edwards Ave S** in Manorville. Take exit **71** from **I-495 E/Long Island Expy**

418 mi / 6 h 31 min




8. Merge onto **I-390 S**

0.2 mi

9. Keep **right** at the fork to stay on **I-390 S**, follow signs for **Corning**

70.3 mi

10. Merge onto **I-86 E**
Passing through Pennsylvania
Entering New York

61.4 mi

11. Continue onto **NY-17 E**

38.7 mi

12. Merge onto **I-81 S/NY-17 E**

4.4 mi

13. Keep **right** at the fork to stay on **I-81 S**
Entering Pennsylvania

53.3 mi

14. Keep **right** at the fork to continue on **I-380 S/I-84 E/US-6 E**, follow signs for **Carbondale/Mt Pocono**

0.8 mi

15. Keep **right** to continue on **I-380 S/I-84 E**

3.7 mi

16. Keep **right** at the fork to continue on **I-380 S**, follow signs for **Interstate 380 S/Mt Pocono**

24.6 mi

17. Merge onto **I-80 E**
Entering New Jersey

79.9 mi

18. Keep **left** at the fork to continue on **I-80 Express E**

6.0 mi

19. Continue onto **I-95 Express N**

2.6 mi

20. Continue onto **I-95 N**

Partial toll road

Entering New York

2.8 mi

21. Keep **left** to stay on **I-95 N**

4.6 mi

22. Keep **right** at the fork to continue on **Cross Bronx Expy**, follow signs for **Interstate 295 S/Throgs Neck Br**

0.4 mi

23. Continue onto **I-295 S**

Partial toll road

4.1 mi

24. Take exit **8** for **Cross Is Pkwy S**

0.4 mi

25. Merge onto **Cross Island Pkwy**

3.4 mi

26. Take exit **30E** to merge onto **I-495 E/Long Island Expy** toward **Eastern Long Island**

56.0 mi

27. Take exit **71** for **NY-24** toward **Hampton Bays/Calverton**

0.2 mi

## Follow **NY-24 S** to your destination in Riverside

3.8 mi / 4 min

28. Turn **right** onto **NY-24 S/Edwards Ave S**

Continue to follow NY-24 S

3.8 mi

29. Turn **right**

151 ft

30. Turn **right**

Destination will be on the right

33 ft




## 100 Center Dr S

Riverhead, NY 11901

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Google

Drive 409 miles, 6 h 27 min

Directions from **100 State St** to **100 Center Dr S**




# 100 State St

Rochester, NY 14614

Take **State St** and **E Broad St** to **Rte 31 E/State 31 E**

0.5 mi / 2 min

1. Head **southeast** on **State St** toward **Church St**

   0.1 mi

2. Continue onto **Exchange Blvd**

   472 ft

3. Turn **left** onto **E Broad St**

   0.2 mi

4. Turn **right** onto **South Ave**

   0.1 mi




Take **I-90 E**, **I-81 S**, **I-380 S**, **I-80 E** and **I-495 E/Long Island Expy** to **NY-24 S/Edwards**

Ave S in Manorville. Take exit 71 from I-495 E/Long Island Expy

405 mi / 6 h 21 min




5. Slight **left** onto **Rte 31 E/State 31 E**

0.4 mi

6. Merge onto **I-490 E**

Partial toll road

14.3 mi

7. Take the exit on the **left** onto **I-90 E**

Toll road

61.3 mi

8. Take exit **39** toward **I-690 E**

Toll road

1.0 mi

9. Keep **right** at the fork, follow signs for **I-690 E/Fairgrounds/Syracuse**

Toll road

0.2 mi

10. Continue onto **I-690 E**

8.7 mi

11. Take the **Interstate 81 S** exit toward **Binghamton**

0.2 mi

12. Merge onto **I-81 S**

76.1 mi

13. Keep **right** at the fork to stay on **I-81 S**

Entering Pennsylvania

53.3 mi

14. Keep **right** at the fork to continue on **I-380 S/I-84 E/US-6 E**, follow signs for **Carbondale/Mt Pocono**

0.8 mi

15. Keep **right** to continue on **I-380 S/I-84 E**

3.7 mi

16. Keep **right** at the fork to continue on **I-380 S**, follow signs for **Interstate 380 S/Mt Pocono**

24.6 mi

17. Merge onto **I-80 E**

Entering New Jersey

79.9 mi

18. Keep **left** at the fork to continue on **I-80 Express E**

19. Continue onto **I-95 Express N**

2.6 mi

20. Continue onto **I-95 N**
Partial toll road
Entering New York

2.8 mi

21. Keep **left** to stay on **I-95 N**

4.6 mi

22. Keep **right** at the fork to continue on **Cross Bronx Expy**, follow signs for **Interstate 295 S/Throgs Neck Br**

0.4 mi

23. Continue onto **I-295 S**
Partial toll road

4.1 mi

24. Take exit **8** for **Cross Is Pkwy S**

0.4 mi

25. Merge onto **Cross Island Pkwy**

3.4 mi

26. Take exit **30E** to merge onto **I-495 E/Long Island Expy** toward **Eastern Long Island**

56.0 mi

27. Take exit **71** for **NY-24** toward **Hampton Bays/Calverton**

0.2 mi

Follow **NY-24 S** to your destination in Riverside

3.8 mi / 4 min




28. Turn **right** onto **NY-24 S/Edwards Ave S**
Continue to follow NY-24 S

3.8 mi

29. Turn **right**

151 ft

30. Turn **right**
Destination will be on the right

33 ft

## 100 Center Dr S
Riverhead, NY 11901

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Google

Drive 407 miles, 6 h 32 min

Directions from **100 State St** to **100 Center Dr S**

## o 100 State St

Rochester, NY 14614

### Take **State St** and **E Broad St** to **Rte 31 E/State 31 E**

0.5 mi / 2 min

1. Head **southeast** on **State St** toward **Church St**
   0.1 mi
2. Continue onto **Exchange Blvd**
   472 ft
3. Turn **left** onto **E Broad St**
   0.2 mi
4. Turn **right** onto **South Ave**
   0.1 mi

### Take **I-490 E**, **I-90 E**, **I-81 S**, **NY-17 E**, ... and **I-495 E/Long Island Expy** to **NY-24 S/Edwards Ave S** in Manorville. Take exit **71** from **I-495 E/Long Island Expy**

403 mi / 6 h 26 min

5. Slight **left** onto **Rte 31 E/State 31 E**
   0.4 mi
6. Merge onto **I-490 E**
   Partial toll road
   14.3 mi
7. Take the exit on the **left** onto **I-90 E**
   Toll road
   61.3 mi
8. Take exit **39** toward **I-690 E**
   Toll road
   1.0 mi

9. Keep **right** at the fork, follow signs for **I-690 E/Fairgrounds/Syracuse**
   Toll road
   0.2 mi
10. Continue onto **I-690 E**
   8.7 mi
11. Take the **Interstate 81 S** exit toward **Binghamton**
   0.2 mi
12. Merge onto **I-81 S**
   76.1 mi
13. Keep **left** at the fork to continue on **I-86 E**, follow signs for **New York 17 E/New York**
   9.6 mi
14. Continue onto **NY-17 E**
   108 mi
15. Continue onto **NY-17 E/US-6 E**
   12.6 mi
16. Continue onto **NY-17 E**
   Partial toll road
   1.1 mi
17. Take the **Interstate 87 S** exit toward **New York**
   Toll road
   0.8 mi
18. Merge onto **I-87 S**
   Partial toll road
   13.8 mi
19. Take exit **15** for **NY-17 S/I-287 S** toward **New Jersey**
   0.8 mi
20. Continue onto **I-287 S**
   Entering New Jersey
   0.6 mi
21. Take exit **66** on the **left** for **NJ-17 S** toward **Mahwah**
   0.3 mi
22. Continue onto **NJ-17 S**
   13.7 mi
23. Take the exit toward **Fort Lee/New York**
   0.5 mi
24. Merge onto **NJ-4 E**
   6.7 mi

25. Take the **I-95 N** exit on the **left** toward **Bridge**

    0.2 mi

26. Merge onto **I-95 Express N**

    0.2 mi

27. Continue onto **I-95 N**

    Partial toll road

    Entering New York

    2.8 mi

28. Keep **left** to stay on **I-95 N**

    4.6 mi

29. Keep **right** at the fork to continue on **Cross Bronx Expy**, follow signs for **Interstate 295 S/Throgs Neck Br**

    0.4 mi

30. Continue onto **I-295 S**

    Partial toll road

    4.1 mi

31. Take exit **8** for **Cross Is Pkwy S**

    0.4 mi

32. Merge onto **Cross Island Pkwy**

    3.4 mi

33. Take exit **30E** to merge onto **I-495 E/Long Island Expy** toward **Eastern Long Island**

    56.0 mi

34. Take exit **71** for **NY-24** toward **Hampton Bays/Calverton**

    0.2 mi

## Follow **NY-24 S** to your destination in Riverside

3.8 mi / 4 min

35. Turn **right** onto **NY-24 S/Edwards Ave S**

    Continue to follow NY-24 S

    3.8 mi

36. Turn **right**

    151 ft

37. Turn **right**

    Destination will be on the right

    33 ft




## ⊙ 100 Center Dr S

Riverhead, NY 11901

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.