UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DONALD MONTGOMERY, ANDREW CARTER, LOIS REID, KARL BECHLER, and "M.M.," as individuals, and on behalf of all other persons similarly situated,

                Plaintiffs,

- against -

ANDREW M. CUOMO, Governor of the State of New York; ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health; MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services; JOSEPH A. D'AMICO, Superintendent of the New York State Police; VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and EASTERN LONG ISLAND HOSPITAL,

                Defendants.

14-cv-06709-CJS



## ORDER

Upon consideration of the State Defendants' Motion Seeking Leave to File Motion to Dismiss under Seal on a Temporary Basis and Memorandum of Law in Support Thereof, and for the reasons set forth herein, it is this _11_ day of _MAR_, 2015, ordered that the motion should be and is hereby GRANTED, and it is

ORDERED that:

(1) State Defendants are permitted to submit their Motion to Dismiss Papers under seal temporarily in order to permit Plaintiffs the opportunity to review the Motion to Dismiss Papers and to make application for redaction or a longer seal they deem appropriate;

(2) in the absence of any objection to the public filing of the motion to dismiss, the Motion to Dismiss Papers be filed on the public record and be made publicly accessible on the Court's Case Management/Electronic Case Filing (CM/ECF) System; and

(3) in the event that Plaintiffs make application to the Court to redact or seal the motion or portions of the motion, State Defendants be permitted to respond to such request and that all papers submitted in regard to State Defendants' motion to dismiss be held under seal pending further order of the Court on Plaintiffs' request for redaction or further sealing.

IT IS SO ORDERED.

Dated: **MAR 11**, 2015
Rochester, New York

ENTER: *Charles Siragusa*
CHARLES J. SIRAGUSA
United States District Judge