1    meeting of the Rules Committee at 9:45.  There

2    will be a meeting of the Rules Committee at 9:45

3    in Room 332.

4                    THE PRESIDENT:   Rules Committee,

5    9:45, in Room 322.

6                    And the Senate is back at ease.

7                    SENATOR LIBOUS:  Thank you.

8                    (Whereupon, the Senate stood at ease

9    at 9:29 p.m.)

10                   (Whereupon, the Senate reconvened at

11   10:50 p.m.)

12                   THE PRESIDENT:   Senator Libous.

13                   SENATOR LIBOUS:   Thank you,

14   Mr. President.

15                   May we return to reports of standing

16   committees.  I believe there's a report of the

17   Rules Committee at the desk.

18                   THE PRESIDENT:   Reports of standing

19   committees.

20                   The Secretary will read.

21                   THE SECRETARY:   Senator Skelos,

22   from the Committee on Rules, reports the

23   following bills direct to third reading:

24                   Senate Print 2230, by Senator Klein,

25   an act to amend the Criminal Procedure Law;

1           And Senate 2107, by Senator Skelos,

2   Concurrent Resolution of the Senate and Assembly

3   proposing an amendment to Article 3 of the

4   Constitution.

5           THE PRESIDENT:   Senator Libous.

6           SENATOR LIBOUS:   Mr. President, I

7   move to accept the report of the Rules Committee

8   at this time.

9           THE PRESIDENT:   All in favor of

10  accepting the Rules Committee report signify by

11  saying aye.

12          (Response of "Aye.")

13          THE PRESIDENT:   Any opposed?

14          (No response.)

15          THE PRESIDENT:   The report is

16  accepted.

17          Senator Libous.

18          SENATOR LIBOUS:   Mr. President, now

19  if we could go to the calendar, could we please

20  take up Calendar Number 1 at this time.

21          THE PRESIDENT:   The Secretary will

22  read.

23          THE SECRETARY:   Calendar Number 1,

24  by Senator Klein, Senate Print 2230, an act to

25  amend the Criminal Procedure Law.

1              SENATOR LIBOUS:    Is there a message

2      of necessity at the desk, Mr. President?

3              THE PRESIDENT:    Senator Libous,

4      there is.

5              SENATOR LIBOUS:    I move that we

6      accept the message of necessity at this time.

7              THE PRESIDENT:    All in favor of

8      accepting the message of necessity signify by

9      saying aye.

10              (Response of "Aye.")

11              THE PRESIDENT:    Any opposed?

12              (No response.)

13              THE PRESIDENT:    The message is

14      accepted.

15              Read the last section.

16              THE SECRETARY:    Section 58.    This

17      act shall take effect immediately.

18              THE PRESIDENT:    Call the roll.

19              (The Secretary called the roll.)

20              THE PRESIDENT:    Senator Klein to

21      explain his vote.

22              SENATOR KLEIN:    Thank you,

23      Mr. President.

24              When the voters send us to Albany

25      each and every year, they expect us to deliver

1    results.  And I'm proud to say that today, after
2    working in a bipartisan fashion with
3    Governor Cuomo, Senate Republican Leader
4    Dean Skelos, Assembly Speaker Silver, and
5    Senator Cousins, we have delivered.
6              In this package not only are we
7    addressing all of the major issues that we set
8    out to fix, but we have done so in an inclusive
9    and bipartisan way that has provided us with a
10   comprehensive bill that so many of us can really
11   be proud of.
12             As we have said all along, this is
13   not about taking anyone's rights away but about
14   securing the right of all New Yorkers to live in
15   a safe and free society.
16             Make no mistake, we have long been
17   at the forefront of this fight.  But today we
18   solidify our place as a national leader on gun
19   control.  After all, this package recognizes the
20   constitutional right that every citizen has to
21   protect themselves while also recognizing that
22   right is not absolute and should not come without
23   reasonable common-sense restrictions.
24             I believe this is the most
25   comprehensive and tough gun-control package

1    you'll see anywhere in the country.  From this

2    day forward, we are banning assault weapons, we

3    are eliminating high-capacity magazines, we're

4    reforming Kendra's Law, we're providing life in

5    prison for those who take the life of a first

6    responder.

7              We are finally getting serious about

8    illegal guns and finally increasing penalties on

9    the criminals who use the black market to rob,

10   assault, or even kill innocent law-abiding

11   citizens.  And we are doing all of this by making

12   critical choices that finally begin to tackle the

13   complex issues of mental health and gun

14   ownership.

15             For that reason, I'd like to thank

16   Governor Cuomo for his leadership on this effort

17   as well as Senator Skelos again, the

18   Assembly Speaker, and of course Senator Cousins

19   for their steady and thoughtful leadership

20   throughout this legislative process.

21             Mr. President, I hope my colleagues

22   will join me in voting yes on this landmark

23   legislation.

24             Thank you.

25             THE PRESIDENT:   Thank you, Senator.

1    Senator Smith to explain his vote.

2    SENATOR SMITH:    Thank you very

3    much, Mr. President.

4    Let me first thank Conference Leader

5    Klein, Conference Leader Skelos, and

6    Conference Leader Andrea Stewart-Cousins.  I

7    believe the three of them have put together what

8    I believe to be a package obviously that the

9    Governor has worked very aggressively on, a

10   package of legislation that I believe and we all

11   know will put New York State at the forefront of

12   gun legislation throughout the country.

13   We now will have the distinction of

14   having the most aggressive and most sweeping

15   legislation as it relates to not only making sure

16   that gun legislation is of a quality that will

17   keep our citizens safe, but also one that deals

18   with increased penalties.

19   In many of our urban centers --

20   Syracuse, Rochester, Albany, in particular

21   New York City -- we've had a rash of illegal gun

22   activities that has taken the lives of a number

23   of young people throughout this city.  Many of

24   you are familiar with some of them.  One of them

25   was here today, a young lady by the name of

1 Donna Hood, who lost her son of 13 years old

2 walking home simply from school.

3    The section of this particular bill,

4 Mr. President, that deals with increased

5 penalties I have been working on for quite some

6 time, along with some of my other colleagues.

7 And while I know their names are not in this

8 particular bill, one of the things that our

9 stenographers do is take down all that is said,

10 which helps memorialize some of what we talk

11 about on this floor. And in that vein, I would

12 like to be able to memorialize through my

13 statement here just a few names around the

14 illegal penalties and dedicate certain sections

15 to them.

16    There is a section of the bill that

17 deals with possession of loaded firearms during

18 any drug sale of violent felons. That penalty

19 goes from a C felony to a five-year mandatory

20 minimum. That would be dedicated to

21 Shanee Johnson's son, who was 17 years old.

22    There is a section here that deals

23 with illegal guns on school grounds, goes from a

24 Class A felony to an E felony. That would be

25 dedicated to Donna Hood, who lost her son,

1   13 years old, young man driving down the street.

2   Then there would be also the injury

3   to a child with an illegal gun weapon in the

4   reckless area, and that is a Class A misdemeanor

5   to a Class D.  That would be dedicated to

6   Lloyd Morgan, four years old, young man in the

7   Bronx.

8   And then of course there is

9   targeting illegal possession of guns by gangs.

10   And that in particular would be dedicated to

11   Kenneth Archbold, who was in Harlem.

12   I want to thank my colleagues today

13   for the work that they're doing today.  I want to

14   thank again Senator Klein, Senator Skelos,

15   Senator Andrea Stewart-Cousins, and the Governor

16   in particular for this effort.

17   I think today we are setting the

18   mark for the rest of the country to do what's

19   right by the people of the State of New York and

20   to do what's right by the country.  I'll be

21   voting aye, Mr. President.

22   Thank you very much.

23   THE PRESIDENT:  I just would ask

24   the Senators, we have a two-minute time frame for

25   explaining your vote.

1          Senator Peralta.

2          SENATOR PERALTA:   Thank you,

3     Mr. President.

4          As the sponsor of 14 gun bills, I

5     couldn't be happier to see long-overdue action

6     finally taken on common-sense measures to protect

7     New Yorkers from gun violence.

8          From revoking the gun permits and

9     confiscating the firearms of domestic abusers and

10    the mentally ill, to requiring background checks

11    and law enforcement oversight for private gun

12    sales and ammunition purchases, to requiring

13    periodic statewide recertification of gun

14    licenses, a good deal of the legislation I have

15    sponsored and fought for is in this package.

16         After what we saw happen in Newtown,

17    Connecticut, and in Rochester, strengthening

18    New York's assault-weapons ban became an urgent

19    and pressing priority, and we are adopting

20    perhaps the toughest assault-weapons ban in the

21    country.

22         I applaud the Governor for his

23    perseverance and his commitment.  Above all, I

24    want to thank him for his leadership.  Making it

25    harder for criminals to get guns and keeping

1    firearms out of the hands of the mentally ill are

2    essential steps in the fight against gun

3    violence.

4                We also need to make it easier for

5    law enforcement to put gun criminals in jail by

6    making use of available technology.  That's why

7    we need to enact microstamping legislation, which

8    has the support of police and prosecutors

9    throughout the state.  And there's absolutely no

10   logical, coherent reason for not requiring

11   microstamping in New York, or at least not one

12   that has been articulated yet.

13                We're told that requiring

14   microstamping will put our state's gun

15   manufacturers out of business.  Yet one of the

16   reasons we needed to toughen New York's

17   assault-weapons ban is because many high-powered

18   rifles now in production are exempted from the

19   current ban.  Why?  Because manufacturers altered

20   their products to circumvent the law.  So

21   ignoring the law is profitable, but complying

22   with a microstamping requirement would be bad for

23   business.  That's a business model that has no

24   business in New York.

25                In addition to making it harder for

1  criminals to get guns, we need to make it easier

2  for law enforcement to put gun criminals in

3  jail.  Longer jail sentences won't make a

4  difference if we're not catching the people who

5  need to be locked up.

6       And please, let's not waste any more

7  time on the nonsense that a microscopic code on a

8  shell casing constitutes an assault on the

9  Second Amendment rights of sportsmen and

10  law-abiding gun owners.  New Yorkers deserve

11  better than that, especially those waiting on

12  justice for a loved one lost to gun violence.

13       As I said, as the sponsor of 14 gun

14  bills, I couldn't be happier to see long overdue

15  action finally taking place.  Mr. President, I

16  will voting yea.

17       THE PRESIDENT:  Thank you, Senator.

18       Senator Gianaris to explain his

19  vote.

20       SENATOR GIANARIS:  Thank you,

21  Mr. President.

22       An achievement as significant as

23  this requires a lot of thanks to go around.

24  Governor Cuomo certainly deserves our thanks for

25  shepherding this legislation through the

1    process.  Senator Skelos deserves our thanks,

2    Senator Klein as well.  But most of all, it's

3    Senator Stewart-Cousins and the Democratic

4    Conference I want to spend my two minutes

5    thanking this evening.

6            There are no fewer than seven

7    components of the legislation we're about to vote

8    on that are carried in individual pieces of

9    legislation by members of this conference.  You

10   heard Senator Peralta discuss some of his

11   proposals.  Senator Squadron has an

12   assault-weapons-ban bill very similar to what's

13   in this bill.  I myself carry the universal

14   background check legislation that is contained in

15   this bill.

16           And I think what we're going to see

17   on our side of the aisle is a tremendous vote in

18   support of this legislation because of the

19   importance that it presents to the people of this

20   state.  We see tragedy after tragedy around this

21   country, and most recently in New York State

22   itself, caused by the types of weapons that we

23   are taking action against this evening.

24           Make no mistake, we are saving lives

25   by passing this bill tonight.  And for that,

1    everyone in this chamber has my thanks, whether

2    it's for simply allowing it to come to a vote or

3    for casting a vote in favor, because tonight we

4    are making a difference for the people of this

5    state.

6              Thank you.

7              THE PRESIDENT:   Thank you, Senator.

8              Senator Squadron to explain his

9    vote.

10            SENATOR SQUADRON:   Thank you,

11    Mr. President.

12            And I too want to thank the Governor

13    for his leadership in pushing this forward,

14    ensuring that we got here the first regular day

15    of session the kind of action that people have

16    been clamoring for for so long on guns.  In fact,

17    in October I called for an emergency special

18    session to deal with exactly this issue.  And

19    today the Governor is pushing this forward.

20            I thank the conference leaders for

21    allowing this to come to a vote today and for

22    their work, and our conference leader on the

23    Democratic side, Andrea Stewart-Cousins, for her

24    leadership on these issues over a great deal of

25    time, as well as the Assembly and the

1    Assembly Speaker.

2              The assault-weapons ban in this bill

3    makes us best in the nation when it comes to

4    banning the kind of military-style weapons that

5    have no business being on the street or in the

6    hand of civilians, period.  Instead of having the

7    two-feature model, instead of listing specific

8    weapons, we say any one of these features that

9    basically makes a weapon an assault weapon,

10   allows it to do the kind of damage that we've

11   seen again and again in horrific tragedies, makes

12   guns no longer legal, period.

13             It also says that for the first time

14   the Superintendent of State Police is going to be

15   telling us which guns aren't legal.  So if

16   manufacturers try to get ahead of this ban, the

17   Superintendent of State Police is going to be

18   right on their heels making sure that we do not

19   have assault weapons that are legal in this

20   state.

21             And the sale, the transfer, and the

22   possession -- other than with very strict

23   registration requirements -- will be banned.

24   It's a very big deal, it's very significant,

25   along with the other components of this bill.

1          And I am pleased that this

2   assault-weapons ban that I and the Governor and

3   so many others have been pushing for for so long

4   finally sees the light of day tonight and

5   hopefully gets passed into law.

6          Thank you, Mr. President.

7          THE PRESIDENT:   Thank you, Senator.

8          Senator Krueger to explain her vote.

9          SENATOR KRUEGER:   Thank you,

10  Mr. President.

11          I also rise to take a moment to say

12  this house, the other house, and the Governor are

13  doing a good thing tonight.

14          It's not a perfect bill.  I think we

15  all could name things we wish were included.  For

16  me, it's a strong statement that New York is

17  getting tough on guns, that New York is making

18  sure that we are not going to see continued

19  levels of violence in our communities.

20          It's not the final step.  I hope the

21  important message that is seen here tonight

22  coming from New York is the importance of

23  national legislation.  I hope our colleagues in

24  Washington, D.C., understand the relationship

25  between the steps we're taking here tonight in

1    New York and the importance of ensuring that we

2    have parallel and even stronger protections built

3    in at the federal level.

4              Because you and I and all my

5    colleagues know that our authority stops at the

6    state border.  And if others are allowed to

7    continue the practices that we are outlawing here

8    in New York in the surrounding states, we will

9    continue to see problems.

10             And so I hope that the message is

11   loud and clear coming from Albany and New York

12   State tonight that we are taking important steps

13   that must be replicated state by state and at the

14   national level.

15             I vote yes, Mr. President.  Thank

16   you.

17             THE PRESIDENT:  Thank you, Senator.

18             Senator Gipson to explain his vote.

19             SENATOR GIPSON:  Thank you,

20   Mr. President.  I'm grateful to have this

21   opportunity to talk about this bill tonight.

22             I think it's important that the

23   voters know that it's been only about two hours

24   since we've had the chance to look over the

25   details of this bill.  And I myself, as a newly

1     elected official here who came here to

2     participate in democracy, I find it unfortunate

3     that we're not having the chance to debate this

4     bill with all the Senators here.

5                 I frankly think that with all the

6     talent in this room on both sides of the aisle,

7     we could have done a lot better. And I hope that

8     in the future, on future bills, we will have a

9     chance to do better.

10                Having said that, I do want to say

11    that I'm happy to see that this bill does not

12    impose undue restrictions on the many sportsmen

13    in my district. I come from a district that has

14    many hunters, many sportsmen. And I'm happy to

15    see that this still gives them the freedom to do

16    what they enjoy doing in a safe way.

17                I just have to say that while the

18    bill is not perfect, I cannot help but continue

19    to think about the many children that have been

20    killed with gun violence that will no longer have

21    a chance to celebrate their birthdays, no longer

22    have a chance to celebrate holidays, that are no

23    longer with us. And I could not in good faith do

24    anything more than support this bill.

25                So I will be voting yes for this

1     bill.

2              THE PRESIDENT:    Thank you, Senator.

3              Senator Parker to explain his vote.

4              SENATOR PARKER:    Thank you,

5     Mr. President.

6              Let me join my colleagues and add my

7     voice to the chorus of those who are

8     congratulating both the Governor and the members

9     of this body in terms of them getting this bill

10    together, an important work that has to happen.

11             We oftentimes pass laws that look

12    for an outcome.  Today, tonight, we're making

13    history by passing a law that will avoid

14    outcomes, outcomes like we saw in Newtown.  And

15    we are hoping that this bill will make New York

16    safer and stronger than it was yesterday and that

17    we'll use this as a stepping-off point to do even

18    more to make the residents of our state the

19    safest residents in the country.

20             And I want to echo Senator Peralta

21    when he calls for microstamping.  And there's a

22    couple of other initiatives that we on the

23    Democratic side of the aisle have been pushing

24    for that hopefully will be the next steps in

25    terms of making sure that people, and

1     particularly our children, are safe from gun

2     violence.

3               I'll be voting aye.

4               THE PRESIDENT:   Thank you, Senator.

5               Senator Diaz to explain his vote.

6               SENATOR DIAZ:   Thank you,

7     Mr. President.

8               Happy New Year to all of you.

9               This is a bill that I find is not as

10    strong as the Governor was bragging about that it

11    would be.  It's not as strong in the ban on

12    assault weapons.  It's a bill.  I understand the

13    Governor had to come down so -- to allow Jeff

14    Klein to convince Dean Skelos to submit the bill

15    to the floor.

16              But ladies and gentlemen,

17    remember -- and I'm voting yes -- remember that

18    more than 32 Democratic Senators are voting for

19    this bill tonight.  So this is a Democratic, this

20    is a Democratic bill.  Even though we are not in

21    control in the chamber, I want everyone to know

22    that this is -- we are -- more than 32 Democratic

23    Senators, we are voting for this bill.  So this

24    is our bill.  And we Democrats are the ones

25    putting this together.

1          I'm voting for it, but yet

2     knowing -- knowing, ladies and gentlemen, knowing

3     that even though I'm voting for it to give the

4     opportunity for crime to come down, I know and

5     you should know that this would not make a

6     difference in crimes.  It's the mind.  Not until

7     we work on people's minds.

8          We have lost respect for life, we

9     have lost respect and fear of God.  We have lost

10    everything that make people respect one to

11    another.  And not until we go back to those

12    standards, nothing, nothing going to control

13    crimes and nothing going to control this.

14         I'm voting for it, but I assure you

15    there's nothing going to change.  It's the mind.

16    It is not the weapon, it's not the revolver, it

17    is not the rifle.  It's the mind.

18         Thank you very much.

19         THE PRESIDENT:  Thank you, Senator.

20         Senator Espaillat to explain his

21    vote.

22         SENATOR ESPAILLAT:  Thank you,

23    Mr. President.

24         I want to also congratulate the

25    leaders of the Legislature, the Governor on the

1    second floor for this initiative.

2            But make no mistake about it, it is

3    the outrage of millions and millions of Americans

4    that has manifested itself across the country

5    after the tragedies that have shaken all of us,

6    that have propelled us to take this action.  It

7    is the outrage of our nation and our state

8    regarding the tragedies in Connecticut and other

9    states that have now brought us here together to

10   ignore partisanship and work on common ground to

11   begin the work on gun control.

12            Because this is not the end of it,

13   this is just the beginning of it.  And there are

14   still many measures that must be considered and

15   taken to ensure that our families have a better

16   shot, a better opportunity at living safely in

17   their communities.  And there are some provisions

18   that we feel are very necessary and strong

19   provisions that are not included in this bill.

20            So let this be the beginning of a

21   robust dialogue and debate throughout this

22   legislative session to improve on matters of gun

23   control.  And let it not be just limited to a

24   piece of legislation.  I think we need to bring

25   this debate to the budget process.  We must make

1    sure that the budget of this state includes

2    funding for programs that have shown to eradicate

3    guns from the streets of the City of New York and

4    the urban settings in our state.

5              It is not just the assault weapons

6    that are causing damage and killings across the

7    state.  Guns, handguns are used readily and daily

8    across most of the urban cities of this state,

9    and we must address that issue.  And we can do

10   that not only with regards to public policy or

11   passing legislation, but we should also ensure

12   that this incentive and this initiative is

13   reflected in the budget process.

14             Yes, even within a very difficult

15   budget year, we must take into consideration that

16   the programs that are necessary for law

17   enforcement and for communities to eradicate guns

18   from their corners are implemented across the

19   State of New York.

20             I stand to vote aye on this bill,

21   and I think it's the beginning of a debate, not

22   the end of this process.

23             Thank you.

24             THE PRESIDENT:   Thank you, Senator.

25             Senator Adams to explain his vote.

1          SENATOR ADAMS:    Thank you,

2     Mr. President.

3               I want to thank Senator Klein for

4     bringing this important bill to the floor and

5     allowing us to vote on it.

6               It seemed like it was only yesterday

7     that I visited a gun shop right here in Albany

8     and was able to purchase a high-capacity

9     magazine.  And people said it was impossible,

10    when I introduced the legislation to began ban

11    those magazines, they said it would never

12    happen.  It seemed like only yesterday when I

13    drove from upstate carrying an assault rifle to

14    the border of Yonkers on Broadway, able to walk

15    into the Bronx with that assault rifle.  And I

16    stated we need to ban these assault rifles, and

17    people said it was impossible.

18               And so the impossibility actually

19    came to reality today as we're voting on these

20    legislations and these bills that are clearly

21    going to turn the corner on what we're doing in

22    New York City.  And hopefully Washington, D.C.,

23    will understand the importance and the importance

24    of banning assault rifles will resonate

25    throughout the entire country.

1    It's one thing for New York City to
2    have strong gun laws, but when you can walk into
3    any gun shop in Albany with just a driver's
4    license and pick up an AK-47 or pick up any other
5    assault rifle and walk into New York City, then
6    we're failing.  We must ban assault rifles.  And
7    Senator Peralta is right, and Senator Espaillat
8    is right.  It's more than just assault rifles.

9    Because we not only mourn the death
10   of children who are shot by AK-47s in classrooms,
11   we mourn the death of children who are shot on
12   playgrounds with 9 millimeters or .38 or any
13   gun.  The death of a child, a parent doesn't
14   mourn different based on the geographical area
15   that they were shot.  We must deal with the sick
16   fascination we have with gun violence.

17   And I will be voting aye.
18   THE PRESIDENT:  Thank you, Senator.
19   Senator Ball to explain his vote.
20   SENATOR BALL:  Good evening,
21   everybody.  How are you?  It's good to be in the
22   State of New York.
23   You know, it's amazing, I got a
24   letter from a mother in my district.  And that
25   mother has a bipolar child who's schizophrenic,

1    and she fears for her life and the lives of her

2    neighbors every day.  And the mental health

3    system in the New York State has failed her

4    repeatedly.  It's a kangaroo system, and that

5    child will be treated like a number and a ticking

6    time bomb to go off.

7              And that single mom doesn't have the

8    support from this state or that system to care

9    for that child.  And tonight we preach about

10   saving lives.

11             Not long ago I think a woman was in

12   Georgia, she has several young children, her

13   husband showed her how to shoot.  Somebody broke

14   into her home, came after her, she shot him I

15   believe six times.  Tonight we're going to pass

16   legislation that if she had eight rounds in that

17   chamber instead of seven, she'd be a criminal.

18             We haven't saved any lives tonight

19   except for one, the political life of a governor

20   who wants to be president.

21             We have taken an entire category of

22   firearms that are currently legal that are in the

23   homes of law-abiding, taxpaying citizens -- as a

24   legislature that believes in its power to the

25   extent where you actually profess you're

1   magically saving lives, we are now turning those

2   law-abiding citizens into criminals.

3                   And tomorrow hoping that on the

4   front pages we will be seen as preventing

5   tragedies.  Yet that single mom will wake up

6   tomorrow with that bipolar child who's

7   schizophrenic and violently mentally ill, and we

8   will have done nothing.

9                   Good night.  And I voted no, and I

10  only wish I could have done it twice.

11                  THE PRESIDENT:   Thank you, Senator.

12                  Any Senators wishing to explain

13  their vote?

14                  Senator Marchione.

15                  SENATOR MARCHIONE:   I rise to

16  explain my no vote as well.

17                  I truly believe that the

18  Second Amendment constitutional freedoms of every

19  New Yorker tonight has been weakened and will be

20  weakened by the passage of this new restrictive

21  gun law.

22                  I felt -- I feel that it was a shame

23  that our Governor felt the need to use a message

24  of necessity.

25                  Because we talk about transparency

1    and we talk about wanting our people within our

2    districts to be able to give us their opinions

3    and to have public hearings and to hear about the

4    process, and to make sure it's open and

5    transparent, yet we get legislation on our desks

6    for less than 20 minutes and we're voting on

7    something through a message of necessity.

8              Law-abiding citizens who own

9    guns are not our problem.  Law-abiding citizens

10   understand, know how to take care of their guns

11   not to be a danger to others.  Mentally ill

12   people and criminals who have guns, who will have

13   guns whether or not this legislation is passed --

14   because they will get guns illegally.  Most of

15   them do.

16             All of us in this room tonight care

17   deeply about the tragedies that have occurred in

18   our state and in other states.  But do you

19   realize that out of all of those incidences,

20   they're males between 18 and 34?  And in only one

21   instance it wasn't mental illness.  We need to

22   look at mental illness.

23             When I look at this bill tonight, I

24   see some good things.  I see how we're looking at

25   Kendra's Law and Mark's Law.  I see how we're

1    looking to give schools money to help them.  But

2    I'd like to see the bill split so in good

3    conscience I can continue to vote no on

4    legislation that I believe takes away the rights,

5    constitutional rights of our law-abiding citizens

6    who choose to want to have guns.

7            I will be voting no on this bill.

8            THE PRESIDENT:  Thank you, Senator.

9            Any Senators wishing to explain

10   their vote before we close?

11           Seeing none, announce the results.

12           THE SECRETARY:  In relation to

13   Calendar Number 1, those recorded in the negative

14   are Senators Ball, Bonacic, DeFrancisco, Farley,

15   Gallivan, Griffo, Larkin, Libous, Little,

16   Marchione, Maziarz, Nozzolio, O'Mara,

17   Ranzenhofer, Ritchie, Robach, Seward and Young.

18           Ayes, 43.  Nays, 18.

19           THE PRESIDENT:  Bill Number 2230 is

20   passed.

21           Senator Libous.

22           SENATOR LIBOUS:  Mr. President,

23   could we have some order in the chamber.

24           THE PRESIDENT:  Order in the

25   chamber, please.

1                    SENATOR LIBOUS:    Thank you,

2        Mr. President.

3                    Could we lay aside the remainder of

4        the calendar for the day, please.

5                    THE PRESIDENT:    So ordered.

6                    SENATOR LIBOUS:    Is there any other

7        business at the desk?

8                    THE PRESIDENT:    There is none.

9                    SENATOR LIBOUS:    Mr. President,

10       there being no further business, I move that we

11       adjourn until Tuesday, January 15th, at

12       11:00 a.m.

13                   THE PRESIDENT:    On motion, the

14       Senate stands adjourned until Tuesday,

15       January 15, at 11:00 a.m.

16                   (Whereupon, at 11:21 p.m., the

17       Senate adjourned.)

18

19

20

21

22

23

24

25