UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DONALD MONTGOMERY, et al.,

                              Plaintiffs,

-vs-

GOV. ANDREW M. CUOMO, et al.,

                              Defendants.

_____

AMENDED
MOTION SCHEDULING
ORDER

14-CV-6709 CJS

Regarding the pending motions to dismiss (Docket Nos. [#22][#24]), it is hereby

ORDERED, that oral argument will be heard before the undersigned on **September 17, 2015 , at 3:00 p.m.** at 1360 United States Courthouse, 100 State Street, Rochester, New York.

Dated:    Rochester, New York
              June 22,  2015

                            ENTER:

                            /s/ Charles J. Siragusa
                            CHARLES J. SIRAGUSA
                            United States District Judge