

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

RECEIVED
SEP 30 2015
CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-8426

September 30, 2015

**By Facsimile Transmission**

Hon. Charles J. Siragusa
United States District Judge
Western District of New York
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614
Facsimile (585) 613-4055

          Re:    **Montgomery et al. v. Cuomo et al.,**
                 WDNY Case No. 14-cv-6709 (CJS)

Your Honor:

       This Office represents defendants Andrew M. Cuomo, Ann Marie T. Sullivan, Michael C. Green, and Joseph A. D'Amico (collectively "State Defendants") in the above-referenced litigation. At oral argument on September 17, 2015, the Court requested that the parties address the issue of whether all of the Plaintiffs in this action are properly joined pursuant to Rule 20 of the Federal Rules of Civil Procedure. The Court also requested other supplemental briefing, including a motion by Plaintiffs if they wished to continue any sealing of papers here. The Court granted the parties until Thursday, October 1, 2015 to submit such briefing. (*See* ECF Docket No. 37.) Yesterday, I wrote to Your Honor on behalf of the State Defendants to seek two additional business days, until Monday, October 5, 2015, to submit the State's additional briefing.

       Today, Plaintiffs' counsel contacted this Office and asked that Plaintiffs have two weeks, until October 15th, to submit this additional letter briefing as well as the sealing motion that Your Honor directed Plaintiffs to file. The State Defendants consent to this request so long as the submission deadlines for all parties are similarly extended until October 15, 2015. I am informed by counsel that co-defendants Eastern Long Island Hospital and the Suffolk County

Hon. Charles J. Siragusa, U.S.D.J
Re: *Montgomery et al. v. Cuomo et al.*
September 30, 2015
Page 2 of 2

Sheriff similarly consent to this request. We submit this letter at the request of Plaintiffs' counsel following her discussion with Chambers regarding this matter.

Thank you for your attention to this matter.

Respectfully submitted,

*William J. Taylor, Jr.*
Assistant Attorney General

cc: Paloma A. Capanna, Esq. *(via fax and e-mail)*
*Attorney for Plaintiffs*

Rudolph Max Baptiste, Esq. *(via fax and e-mail)*
*Attorney for Defendant Suffolk County Sheriff*

Catherine A. Brennan, Esq. *(via fax and e-mail)*
*Attorney for Defendant Eastern Long Island Hospital*

SO ORDERED

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 10-1-15