IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Rochester Division

---

| | |
|---|---|
| DONALD MONTGOMERY, ANDREW CARTER, LOIS REID, KARL BECHLER, and "M.M.," as individuals, and on behalf of all other persons similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> ANDREW M. CUOMO, Governor of the State of New York; ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health; MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services; JOSEPH A. D'AMICO, Superintendent of the New York State Police; VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and, EASTERN LONG ISLAND HOSPITAL, <br><br> Defendants. | **MOTION TO SEAL** <br> (Oral argument is waived) <br><br><br><br> Civil No.: 6:14-cv-06709 <br><br> Hon. Charles J. Siragusa |

---

**Please Take Notice** that upon the accompanying Declaration of Paloma A. Capanna, Attorney (dated October 15, 2015), the Plaintiffs' Memorandum of Law (dated October 15, 2015), the sealed envelope of the State containing its "Motion to Dismiss Papers" (dated February 26, 2015), and the sealed envelope of the Plaintiffs containing Plaintiffs' Exhibit 46, the Plaintiffs, as individuals and on behalf of all other persons similarly situated, by and through their Counsel, respectfully motion this Court at the

United States Courthouse, 100 State Street, Rochester, New York, at a date and time to be scheduled by the Court, for an order:

1. sealing State's Exhibits 14, 24, 25, 26, 27, 29, 30, 31, 33, and 35;

2. further redacting State's Exhibits 28, 32, Call Affidavit Exhibits A – C, State Memorandum of Law at ftnt. 2;

3. if not ordered to be sealed, then further redacting State's Exhibits 31 and 35;

4. sealing Plaintiffs' Exhibit 46; and,

5. such other, further, or different relief as to this Court is just.

**Please Take Further Notice** that unless a shorter briefing schedule is imposed by the Court, answering papers, if any, to this Motion, must be submitted within 14 days after service of this motion.

**Please Take Further Notice** that the Plaintiffs respectfully request the opportunity to submit a reply in support of the Motion.

**And Please Take Notice** that a proposed Order consistent with this Motion is submitted herewith.

Dated: October 15, 2015

                                    Respectfully submitted,

                                    *Paloma A. Capanna*

                                    Paloma A. Capanna, Attorney
                                    633 Lake Road
                                    Webster, New York 14580
                                    (585) 377-7260
                                    paloma@law-policy.com

## CERTIFICATION

I hereby certify that on October 15, 2015, a copy of the foregoing MOTION TO SEAL was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was/will be sent via e-mail to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Paloma A. Capanna*
Paloma A. Capanna, Attorney