*Montgomery vs. Cuomo*

Exhibit Group J

Exhibit #45 – Carter Permit Order

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

IN THE MATTER OF THE
FIREARMS LICENSE OF

ANDREW J. CARTER, Licensee

ORDER

Firearms License # ███

---

It appearing to the satisfaction of the Court that the firearms license previously issued to the above-named Licensee was previously suspended by the Licensing Officer for the County of Erie, and the Licensee having now applied to this Court for reinstatement of said license,

Now, the Court having reviewed the Licensee's file, application and all relevant papers herein, and a hearing having been held, and the Court having determined that no further cause exists to continue the suspension, it is hereby

ORDERED, that the suspension of the firearms license herein is hereby terminated, the license is reinstated, and any weapons of the Licensee being held by any police agency may be returned to the Licensee upon presentation of the restored License to said agency.

_____
HON. M. WILLIAM BOLLER
A.J.S.C.

Dated: April 20, 2015
    Buffalo, New York

GRANTED
April 21, 2015
_____
COURT CLERK

*Montgomery vs. Cuomo*

Exhibit Group J

Exhibit #46 – Reid Permit Order

(Filed under Motion to Seal, October 15, 2015)