OCT '015 13:03    Case 6:14-cv-06709-CJS   Document 40   Filed 10/28/15   Page 1 of 1          P.02/03



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
Attorney General

Writer's Direct Dial: (212) 416-8965

**KENT T. STAUFFER**
Executive Deputy Attorney General
Division of State Counsel

**LISA R. DELL**
Assistant Attorney General in Charge
Litigation Bureau

October 27, 2015

**Via Fax**

The Honorable Charles J. Siragusa
United States District Judge
Western District of New York
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614

RECEIVED
OCT 27 2015
CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

    Re:   <u>Montgomery et al. v. Cuomo et al.</u>,
           W.D.N.Y. Case No. 14-cv-06709-CJS

Your Honor:

    This Office represents defendants Andrew M. Cuomo, Governor of the State of New York; Ann Marie T. Sullivan, Commissioner of the New York State Office of Mental Health; Michael C. Green, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services; and Joseph A. D'Amico, Superintendent of the New York State Police (collectively, the "State Defendants") in the above-referenced action. In accordance with the Court's directive to the parties at oral argument on September 17, 2015, Plaintiffs have filed a motion to file certain document under seal. State Defendants ask, with Plaintiffs' counsel's consent, to have until November 9, 2015 to submit opposition to this motion.

    This is a first request for an extension. State Defendants opposition papers are currently due on November 2, 2015. The extension is necessitated by other litigation and personal obligations. As noted, Plaintiffs have consented to the request.

                                                Respectfully submitted,

                                                /s/ *Monica Connell*

                                                Monica Connell
                                                Assistant Attorney General

**SO ORDERED**

*Charles Siragusa*
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 10-28-15

120 Broadway, New York, New York 10271-0332 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6009 (Not For Service of Papers)
http://www.ag.ny.gov