UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD MONTGOMERY, ANDREW CARTER, LOIS REID, KARL BECHLER, and "M.M.," as individuals, and on behalf of all other persons similarly situated,<br><br>       Plaintiffs,<br><br> - against -<br><br>ANDREW M. CUOMO, Governor of the State of New York; ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health; MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services; JOSEPH A. D'AMICO, Superintendent of the New York State Police; VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and EASTERN LONG ISLAND HOSPITAL,<br><br>       Defendants. | 14-cv-06709-CJS |

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 9, 2015, I electronically filed the foregoing MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO SEAL AND TO REDACT, dated November 9, 2015, with the Clerk of the District Court using its CM/ECF system and thereby serving counsel, for all parties electronically, as follows:

Paloma A. Capanna
633 Lake Road
Webster, NY 14580
585-377-7260
Fax: 585-377-7268
Email: paloma@law-policy.com

Rudolph Max Baptiste
Suffolk County Attorney's Office
100 Veterans Memorial Highway
PO Box 6100
Hauppauge, NY 11788
631-853-4062
Fax: 631-853-5306
Email: rudolph.baptiste@suffolkcountyny.gov


Catherine Ann Brennan
James F. Farrell, Jr.
Fumuso Kelly DeVerna Snyder Swart & Farrell, LLP
110 Marcus Boulevard
Suite 500
Hauppauge, NY 11788
631-232-0200
Fax: 631-232-1305
Email: cbrennan@fkdssf-law.com

Dated: November 9, 2015
      New York, New York


                      *s/Monica Connell*
                      Monica Connell