UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD MONTGOMERY, ANDREW CARTER, LOIS REID, KARL BECHLER, and "M.M.," as individuals, and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>     - against -<br><br>ANDREW M. CUOMO, Governor of the State of New York; ANN MARIE T. SULLIVAN, Commissioner of the New York State Office of Mental Health; MICHAEL C. GREEN, Executive Deputy Commissioner of the New York State Division of Criminal Justice Services; GEORGE P. BEACH II, Superintendent of the New York State Police; VINCENT F. DEMARCO, Suffolk County Sheriff's Department; and EASTERN LONG ISLAND HOSPITAL,<br><br>                    Defendants. | 14-cv-06709-CJS |

## DECLARATION OF WILLIAM J. TAYLOR, JR.

WILLIAM J. TAYLOR, JR., an attorney duly admitted to practice before this Court,

declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN,

Attorney General of the State of New York, attorney for defendants Andrew M. Cuomo,

Governor of the State of New York; Ann Marie T. Sullivan, Commissioner of the New York

State Office of Mental Health; Michael C. Green, Executive Deputy Commissioner of the New

York State Division of Criminal Justice Services; and George P. Beach II, Superintendent of the

New York State Police[1] (collectively, the "State Defendants") in the above-captioned action.

2.     I submit this declaration on behalf of the State Defendants in response to the

Court's letter Order dated December 8, 2016 (ECF Docket No. 46) (the "December 8, 2016

Letter Order"), in order to inform the Court, in writing, as to the parties' compliance with the

directives contained in the December 8, 2016 Letter Order.

3.     The parties have agreed to a stipulated confidentiality order, as directed by the

Court.  The Joint Stipulation and Order Concerning the Designation and Use of Confidential

Material and Related Issues (the "Joint Stipulation and Order"), signed by counsel for each of the

parties, is attached as Exhibit 1.  We hereby request that the Joint Stipulation and Order now be

So Ordered by the Court.

4.     Plaintiffs' counsel has not yet provided authorizations from plaintiff Donald

Montgomery ("Montgomery") for the release of his medical and mental health records, as the

Court has also directed.  Pursuant to the paragraph 22 of the Joint Stipulation and Order,

Montgomery has agreed to provide such authorizations in the forms attached as Exhibits B and C

to the Joint Stipulation and Order.  We understand from Plaintiffs' counsel that such releases will

be immediately forthcoming as soon as the Joint Stipulation and Order is So Ordered by the

Court.  Should there be any further delays in receipt of these fully executed authorizations, we

will immediately inform the Court.

---

[1] As of June 9, 2016, the Superintendent of the New York State Police is George P. Beach II.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Superintendent Beach should be automatically substituted for former Superintendent Joseph A. D'Amico as a defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
        December 15, 2016

/s/ *William J. Taylor, Jr.*
William J. Taylor, Jr.
Assistant Attorney General